UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROHAN ANTHONY JOHNSON,

           Petitioner,

- against -

WARDEN EDWARD DUFFY AND NYS
ATTORNEY GENERAL ERIC
SCHNEIDERMAN,

           Respondents.
------------------------------------------------------------X

**JUDGMENT**
15-CV-890 (RRM)

      A Memorandum and Order of the undersigned having been filed this day dismissing this petition without prejudice as premature, it is hereby

      ORDERED, ADJUDGED AND DECREED that the petition for a writ of habeas corpus is hereby dismissed.


Dated: Brooklyn, New York
       March 21, 2016

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge